HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
GLAFIRO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  1:03-cr-05165-NONE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO SET BRIEFING SCHEDULE |
| LOPEZ et al, | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through Kathy Servatius, Assistant U.S. Attorney, and defendant Glafiro Gonzalez, by and through his counsel Megan T. Hopkins, Assistant Federal Defender, that the following briefing schedule be put in place:

Petitioner Glafiro Gonzalez shall file any supplemental briefing by May 4, 2020.  The government shall file a response by May 18, 2020.  Defendant's reply, if any, shall be filed by May 21, 2020; whereupon, the matter will be submitted.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: May 1, 2020 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorney for Defendant<br>GLAFIRO GONZALEZ |
| DATED: May 1, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Kathy Servatius*<br>KATHY SERVATIUS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: __**May 1, 2020**__      _____
UNITED STATES DISTRICT JUDGE