HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
GLAFIRO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  1:03-cr-05165-NONE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE BRIEFING SCHEDULE |
| LOPEZ et al, | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through Kathy Servatius, Assistant U.S. Attorney, and defendant Glafiro Gonzalez, by and through his counsel Megan T. Hopkins, Assistant Federal Defender, that the current briefing schedule be briefly continued, as follows:

Petitioner Glafiro Gonzalez shall file any supplemental briefing by May 11, 2020.  The government shall file a response by May 26, 2020.  Defendant's reply, if any, shall be filed by May 29, 2020; whereupon, the matter will be submitted.

The one-week continuance in the briefing schedule is requested by the parties at the behest of defense counsel, who has not yet been able to speak with Mr. Gonzalez in order to confirm details of his proposed release plan, which defense counsel intends to address in any supplemental briefing.  Mr. Gonzalez is presently serving his sentence at FCI Lompoc, and has

been placed under quarantine due to health concerns regarding the spread of COVID-19 at the facility.  During the quarantine period, Mr. Gonzalez does not have access to a phone or use of the inmate email system, and so cannot communicate with counsel.  Defense counsel has been advised by a representative from the facility that the quarantine is scheduled to end on or after May 5, 2020, at which time Mr. Gonzalez will be able to resume use of the phone and/or email system.

Accordingly, the parties request that the briefing schedule be amended as set forth above.

DATED: May 26, 2020                                   Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Megan T. Hopkins*
                                                      MEGAN T. HOPKINS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      GLAFIRO GONZALEZ

DATED: May 26, 2020                                        McGREGOR W. SCOTT
                                                      United States Attorney

                                                      /s/ *Kathy Servatius*
                                                      KATHY SERVATIUS
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  **May 26, 2020**                              _____
                                                      UNITED STATES DISTRICT JUDGE