UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:03-CR-05165-1- JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| GLAFINO GONZALEZ, ) | |
| Defendant. ) | |

The defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint counsel to represent him on his motion for Compassionate Release. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Gene Vorobyov is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to April 27, 2022, substituting the Federal Defenders Office appointed per G.O. 595. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **May 2, 2022**

UNITED STATES DISTRICT JUDGE