PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GLAFIRO GONZALEZ,<br><br>                              Defendant. | CASE NO.  1:03-CR-05165-JLT<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR COMPASSIONATE RELEASE MOTION** |

The United States requests that the briefing schedule in this matter, pursuant to which the United States' brief is currently due on October 12, 2022, be modified as follows:

- United States' response due **November 3, 2022**, and
- Mr. Gonzalez's s reply, if any, due **November 21, 2022.**

The requested modification is necessary because the United States is waiting to receive updated documents regarding Mr. Gonzalez from the Bureau of Prisons.  The undersigned has conferred with Mr. Gonzalez's defense counsel and he joins in this request.

///

///

///

1    **IT IS SO STIPULATED.**

2                                                Respectfully Submitted,

3    DATED:  October 12, 2022                    */s/  Gene Vorobyov*

4                                                GENE VOROBYOV
                                                 Counsel for Glafiro Gonzalez
5

6    DATED:  October 12, 2022                    */s/  Joseph Barton*

7                                                JOSEPH BARTON
                                                 Assistant United States Attorney
8

9

10   IT IS SO ORDERED.

11      Dated:   **October 14, 2022**

12                                               UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28