```
PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:03-CR-05165-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |
| v. | |
| GLAFIRO GONZALEZ, | |
| Defendant. | |

   The government and the defendant stipulate to a revised briefing schedule in this matter. On April 21, 2022, the defendant filed a *pro se* motion for sentence reduction. Docket No. 656. On April 26, 2022, the Court referred the motion to the Federal Defender's Office. Docket No. 657. On September 12, 2022, counsel for the defendant file a supplemental brief in support of the defendant's motion. Docket No. 665. The government now requests additional time to review relevant documents received from the Bureau of Prisons regarding the defendant and to draft an appropriate response. Counsel for the defendant does not oppose this request.

   Therefore, the parties agree to revise the briefing schedule as follows:

   1.   Government's response to the defendant's motion is due by December 2, 2022; and

   2.   Defendant's reply, if any, is due by December 22, 2022.

IT IS SO STIPULATED.

Dated: October 31, 2022                             PHILLIP A. TALBERT
                                                    United States Attorney


                                                    */s/ Joseph Barton*
                                                    JOSEPH D. BARTON
                                                    Assistant United States Attorney


Dated: October 31, 2022                             */s/ Gene Vorobyov*
                                                    GENE VOROBYOV
                                                    Counsel for Defendant
                                                    GLAFIRO GONZALEZ


# [~~PROPOSED~~] ORDER

Based upon the parties' stipulation and for good cause shown, the Court revises the briefing schedule for the defendant's motion for sentence reduction as follows:

1) Government's response to the defendant's motion is due by December 2, 2022; and

2) Defendant's reply, if any, is due by December 22, 2022.

IT IS SO ORDERED.

Dated:   **November 2, 2022**

                                                    UNITED STATES DISTRICT JUDGE