UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:03-CR-05165-6-JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| GLAFIRO GONZALEZ, ) | |
| Defendant. ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Hanni M. Fakhoury be appointed to represent the above defendant in this case effective *nunc pro tunc* to August 20, 2024, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:  **August 20, 2024**

UNITED STATES DISTRICT JUDGE